UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GREGORY RINGENBERG, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:23-CV-00295-DCLC-JEM |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## TERMINATION OF COUNSEL

The undersigned Assistant United States Attorney, Leah W. McClanahan, by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby withdraws as counsel for the United States of America in this case. Assistant United States Attorney J. Spencer Fair appeared in this case on behalf of the United States on September 24, 2024. AUSA Fair now represents the defendant in this case. Thus, continuity of counsel is ensured, *see* E.D. Tenn. L.R. 83.4(f), and undersigned counsel may be terminated from this matter upon notice to the Court, *see id.* ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal.").

Accordingly, undersigned counsel requests that she be terminated as counsel for the United States in the above cause.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: */s/ Leah W. McClanahan*
Leah W. McClanahan, BPR #027603
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Leah.McClanahan@usdoj.gov
Telephone: (865) 545-4167