UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| GREGORY RINGENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 3:23-CV-00295-DCLC-JEM |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court previously stayed this action until January 31, 2025, on the mutual request of the parties. [Doc. 96]. The Court further ordered the parties to file a status report on or before January 31, 2025. [*Id.*]. The parties filed the required status report on January 31, 2025. [Doc. 103].

In the Status Report, the parties advised that the prospect of settlement is not sufficiently likely to justify a continued stay of this action. [*Id.* at 2]. Accordingly, the parties ask the Court to: (1) lift the stay of this action; (2) set a time in which the United States is to file a response to Plaintiff's Second Amended Complaint; and (3) order that the United States and Plaintiff submit a proposed joint revised case scheduling order within 14 days of the close of the pleadings between Plaintiff and the United States. [*Id.* at 2]. Plaintiff and the United States also note that the non-government defendants in this action request an additional 30 days from this order to respond to Plaintiff's Second Amended Complaint. [*Id.* at 2].

Based on the agreement of the parties, it is **ORDERED** (1) the stay in this case is hereby **LIFTED**; (2) Plaintiff and United States shall file a proposed revised case scheduling order to

1

govern the remainder of the claims and defenses between them, establish a summary judgment briefing schedule, and set a proposed trial date and related disclosure deadlines by **March 21, 2025**;[1] (4) all other Defendants in this matter shall respond to the Second Amended Complaint by **April 4, 2025**.

    SO ORDERED:

s/ Clifton L. Corker  
United States District Judge

---

[1] No time is set for the United States to file its response as it has already filed a response to the Plaintiff's latest complaint.