## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

GREGORY RINGENBERG,

                    Plaintiff,

   v.

UNITED STATES OF AMERICA; GARY
REEVES; ROBIN REEVES; GARY L.
FIELDS; MARTHA D. FIELDS; MERVIN
OWNBY; JACOB SAMUEL-JAMESON
SLACK; GREGORY SCOTT COOK;
PATRICK L. WHITE; JOAN M. MOWERY;
DWIGHT A. COFFEY; VICKIE S. COFFEY;
THEODORE RANDOLF HAMILTON;
MICKEY ROSS MORGAN; OLIVIA
MORGAN; MARY MORGAN; THOMAS F.
KENNY, IV; LAUREN M. KENNY;
TIMOTHY ZITZMAN; KATHLEEN
ZITZMAN; KMT PARTNERS; and ALL
OTHERS CLAIMING ANY RIGHT, TITLE,
OR INTEREST IN LANDS KNOWN AS
MONROE COUNTY, TENNESSEE TAX
PARCEL 139-006.00,

                    Defendants.

Case No. 3:23-CV-00295-DCLC-JEM

## SUGGESTION OF DEATH OF DEFENDANT JOAN MOWERY

Counsel for Plaintiff Gregory Ringenberg ("<u>Plaintiff</u>") gives notice and suggests upon the

record, based on recently acquired knowledge, pursuant to Rule 25(a)(1) of the Federal Rules of

Civil Procedure, that Defendant Joan Mowery has passed away on or about February 2, 2025. A

copy of her death certificate filed in the Knox County Probate Court Docket Number 90995-1, *In

re: Estate of Joan M. Mowery* is attached as **Exhibit 1**. A copy of a proffered Last Will and

Testament of Joan M. Mowery submitted on or about May 14, 2025, in the Knox County Probate

Court is attached as **Exhibit 2**. Upon information and belief, the Mowery Property at issue is

vested in the yet-to-be-named Executor(s) of Joan Mowery's estate. See Item II(B) of the Last

Will and Testament attached hereto as **Exhibit 2**; Tenn. Code Ann. § 31-2-103(a) (providing that

a decedent's real property "vests immediately upon death in the beneficiaries named in the will, unless the will contains a specific provision directing the real property to be administered as part of the estate").

Upon anticipated appointment by the Knox County Probate Court of an Executor(s) for the Estate of Joan Mowery, Plaintiff shall file an appropriate motion to substitute the to-be-appointed Executor(s) in place of Defendant Joan Mowery in this act.

This the 6th day of June, 2025.

         /s/ Richard Graves
         Matthew A. Grossman  (BPR No. 22107)
         Richard E. Graves  (BPR No. 34258)
         **FRANTZ, MCCONNELL & SEYMOUR, LLP**
         550 W. Main Street, Suite 500
         Knoxville, TN 37901
         (865) 546-9321
         mgrossman@fmsllp.com
         rgraves@fmsllp.com
         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and exact copy of the foregoing document has been served this 6th day of June, 2025, by electronically filing the same with the Court's PACER system and to the following parties by regular U.S. mail:

Gary Fields
P.O. Box 836
Tellico Plains, TN 37385

Martha Fields
P.O. Box 836
Tellico Plains, TN 37385

Mervin Ownby
331 Zion Hill Road SE
Cleveland, Tennessee 37323

Jacob Samuel-Jameson Slack
921 Hwy 39 E
Athens, TN 37303

Gregoy Scott Cook
c/o Joel Reeves, Esq.
217 E. Broadway Avenue
Maryville, TN 37804

Patrick L. White
1817 Thoreau Lane
Knoxville, TN 37922

Vickie S. Coffey
900 Linda Drive SE
Cleveland, TN 37323

Theodore Randolf Hamilton
109 Cherry Street
Athens, TN 37303

Mickey Ross Morgan
2378 Centerpoint Road
Decatur, TN 37322

Olivia Morgan
1015 Corntassel Road
Vonore, TN 37885

Mary Morgan
921 Head of the Creek Road
Sweetwater, TN 37874

     /s/ Richard Graves
Richard E. Graves
**FRANTZ, McCONNELL & SEYMOUR, LLP**