UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

| | |
|---|---|
| GREGORY RINGENBERG,<br><br>                                Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA; GARY REEVES; ROBIN REEVES; GARY L. FIELDS; MARTHA D. FIELDS; MERVIN OWNBY; JACOB SAMUEL-JAMESON SLACK; GREGORY SCOTT COOK; PATRICK L. WHITE; JOAN M. MOWERY; DWIGHT A. COFFEY; VICKIE S. COFFEY; THEODORE RANDOLF HAMILTON; MICKEY ROSS MORGAN; OLIVIA MORGAN; MARY MORGAN; THOMAS F. KENNY, IV; LAUREN M. KENNY; TIMOTHY ZITZMAN; KATHLEEN ZITZMAN; KMT PARTNERS, GP; and ALL OTHERS CLAIMING ANY RIGHT, TITLE, OR INTEREST IN LANDS KNOWN AS MONROE COUNTY, TENNESSEE TAX PARCEL 139-006.00,<br><br>                                Defendants. | No. 3:23-cv-00295-DCLC-DCP |

## **JOINT MOTION TO STAY**

Plaintiff Gregory Ringenberg and Defendant United States of America hereby move to stay this action for 60 days. Ringenberg and the government have reached an agreement in principle to settle the claims and counterclaims between them. A stay of this action would facilitate finalization of the settlement, as it would allow Ringenberg and the government to defer further trial preparation and focus their efforts entirely on completing settlement negotiations.

1

A stay would also promote judicial economy. Settlement of the claims and counterclaims between Ringenberg and the government would render moot the pending partial motion for summary judgment. It would also likely render moot the pending motions to dismiss, as a settlement of the claims and counterclaims between Ringenberg and the government would result in the disputes between Ringenberg and the non-governmental Defendants being litigated in state chancery court.

The Court has broad authority to manage its docket, including through imposition of stays to protect judicial economy. *See Landis v. North Am. Co.*, 299 U.S. 248, 254–255 (1936). Ringenberg and the government submit that, for the foregoing reasons, a 60-day stay of this action would be proper.

Ringenberg has contacted all parties represented by counsel. Defendants Gary and Robin Reeves, Thomas and Lauren Kenny, Timothy and Kathleen Zitzman, KMT Partners, and Mickey Ross Morgan do not oppose this motion.

DATED: February 17, 2026.                    Respectfully submitted,

|  |  |
|---|---|
| MATTHEW A. GROSSMAN<br>(BPR No. 22107)<br>REBEKAH P. HARBIN<br>(BPR No. 038553)<br>Frantz, McConnell & Seymour LLP<br>550 West Main Street, Suite 500<br>Knoxville, Tennessee 37902<br>Telephone: (865) 546-9321<br>mgrossman@fmsllp.com<br>rharbin@fmsllp.com<br>*Counsel for Plaintiff*<br><br>*Pro Hac Vice | /s/ Damien M. Schiff<br>DAMIEN M. SCHIFF*<br>Cal. Bar No. 235101<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>dschiff@pacificlegal.org<br>*Counsel for Plaintiff as to claims against Defendant Forest Service*<br><br>JEFFREY W. McCOY*<br>Colo. Bar No. 43562<br>Pacific Legal Foundation<br>1745 Shea Center Drive, Suite 400<br>Highlands Ranch, Colorado 80129<br>Telephone: (916) 419-7111<br>jmccoy@pacificlegal.org<br>*Counsel for Plaintiff as to claims against Defendant Forest Service* |

FRANCIS M. HAMILTON III
United States Attorney

*s/ Ben D. Cunningham*
Ben D. Cunningham (TN BPR# 030122)
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Ben.Cunningham@usdoj.gov
*Counsel for Defendant United States of America*

## Certificate of Service

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record. A hard copy of the foregoing will be forwarded via first-class U.S. Mail to the following *pro se* Defendants:

Gary L. Fields
Martha D. Fields
PO Box 836
230 Miller Ridge Road
Tellico Plains, TN 37385

/s/ Damien M. Schiff
DAMIEN M. SCHIFF*