UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

GREGORY RINGENBERG,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

)
)
)
)
)
)
)
)
)
)
)

3:23-CV-00295-DCLC-DCP

**ORDER**

Before the Court is the parties' Joint Motion to Enter Stipulation for Compromise Settlement and Release of All Claims and Request for an Order Confirming Disclaimer submitted by Plaintiff Gregory Ringenberg and the United States of America. [Doc. 197]. The motion, made pursuant to the Quiet Title Act, 28 U.S.C. § 2409a(e), as well as Federal Rules of Civil Procedure 12(b)(1) and 41(a) & (c), is well taken and **GRANTED**.

It is hereby **ORDERED** that, in accordance with the Quiet Title Act, 28 U.S.C. § 2409a(e), the United States' disclaimer of any interest in the property of Plaintiff Gregory Ringenberg, as described in the Stipulation for Compromise Settlement and Release of All Claims, be confirmed.

It is further **ORDERED** that, based on the representations of the Plaintiff Gregory Ringenberg and the United States that all matters in controversy between them have been fully and finally settled, all claims and counterclaims between Plaintiff Gregory Ringenberg and the United States be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

It is further **ORDERED** that, pursuant to the above-referenced Stipulation, as well as 28 U.S.C. §§ 2409a(e) and 1367(c)(3), Plaintiff Gregory Ringenberg's claims and defenses, insofar

as they are pled against Defendants other than the United States, be dismissed without prejudice, with each party bearing its own costs and attorney's fees, except as for any fees that may be taxed with respect to the guardian ad litem whom the Court has appointed for Defendant Mickey Ross Morgan and the Unnamed Defendants.

It is further **ORDERED** that, pursuant to the above-referenced Stipulation, as well as 28 U.S.C. §§ 2409a(e) and 1367(c)(3), the Countercomplaint filed by Defendants Timothy and Kathleen Zitzman and KMT Partners, GP, see Docs. 118, 119, be dismissed without prejudice, with each party bearing its own costs and attorney's fees.

All pending motions [Docs 120, 163, 178] are **DENIED AS MOOT**.

**SO ORDERED**:

s/ Clifton L. Corker
United States District Judge